IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONDALAYA DAVIS**, <br><br> Plaintiff, <br><br> v. <br><br> **ELWYN, INC.** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 2:20-cv-05798-KSM |

## ORDER

**AND NOW**, this 20th day of October, 2021, upon consideration of Defendant Elwyn's Renewed Motion for Leave to File Defendant's Exhibits to Its Reply Brief in Further Support of Its Motion for Summary Judgment Under Seal,[1] which is attached to this Order, and following an *in camera* review of the exhibits by the Court, it is **ORDERED** that the motion to seal is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. As to Exhibit P, a video depicting Patient X, Plaintiff, and nonparty employees of Defendant, the motion to seal is **GRANTED**.

2. As to Exhibit Q, a compilation of incident reports concerning Patient X, the motion to seal is **DENIED**, with the exception of the redaction of Patient X's personal identifying information throughout.

---

[1] Defendant's initial motion to seal asked the Court to seal an additional document, Exhibit T, but Defendant's renewed motion does not include this exhibit. For the reasons stated in the Court's Memorandum, Exhibit T may include redactions of nonparty Patient names and other personal identifying information (as allowed by Local Rule 12(b)). To the extent Exhibit T includes other redactions, Defendant must unredact and refile Exhibit T.

3.     As to Exhibit R, Patient X's behavior plan, the motion to seal is **DENIED**, with the exception of the redaction of Patient X's personal identifying information throughout.

4.     As to Exhibit S, employee treatment notes, the motion to seal is **DENIED**, with the exception of the redaction of patient personal identifying information throughout.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J