IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONDALAYA DAVIS**, <br><br> Plaintiff, <br><br> *v.* <br><br> **ELWYN, INC.** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 2:20-cv-05798-KSM |

## ORDER

**AND NOW**, this 31st day of March, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 23), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 25), and Defendant's Reply Brief in Further Support of Its Motion for Summary Judgment (Doc. No. 28), it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 23) is **GRANTED**.

2. The Clerk of Court **SHALL** mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J